UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERNEST CALVINO JR.,<br><br>　　　　　　　　　　Plaintiff,<br><br>-against-<br><br>ROMANIAN FROM THE JAIGUAR DEALER IN 11 AVENUE; ROMANIAN MANAGER,<br><br>　　　　　　　　　　Defendants. | 20-CV-0651 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued January 28, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:　January 28, 2020
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　COLLEEN McMAHON
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge